**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| BREIONA BADIE | : | |
| *as Parent and Natural Guardian of* | : | |
| *K B, a Minor*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CV-42 (LAG) |
| | : | |
| LEE COUNTY SCHOOL DISTRICT and | : | |
| ASHTON CLEVELAND, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Parties Joint Motion for Consent Protective Order. (Doc. 12). Therein, the Parties ask the Court to enter a consent protective order to protect confidential or private materials, "including, but not limited to residential addresses; personal phone numbers and electronic mail addresses; social security numbers; insurance data; income tax filing information; health/disability status; medical information; confidential education records; performance evaluations; and job referenced for several party witnesses and/or third parties." (*Id.* at 1). The Parties represent that entry of a protective order will "limit the use and disclosure of this private and confidential information," and facilitate discovery. (*Id.* at 1–2).

Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential . . . and postpone[] the necessary 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Trib. Co. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)). Accordingly, the Court finds a protective order is warranted to

facilitate discovery and adopts the Parties' proposed consent protective order (attached hereto) with the deletion of paragraph 25.

For good cause shown, the Parties' Joint Motion (Doc. 12) is **GRANTED**, and the Parties' proposed Consent Protective Order (Doc. 12 at 4–16) is hereby **ADOPTED** and made the **ORDER** of the Court **as modified herein**.

**SO ORDERED**, this 9th day of July, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**